FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE LANGFORD,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:15-CV-3084-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 20. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion For Remand, **ECF No. 20**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall hold a new hearing, update the evidence of record, and issue a new decision. The ALJ shall: (1) reevaluate the step three findings with respect to Plaintiff's neurological impairments with the assistance of expert medical testimony; (2) consider all

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

1  impairments and functional limitations with the assistance of expert medical
2  testimony; (3) provide specific reasoning for the weight given to opinion evidence,
3  discussing the evidentiary basis for conclusions; (4) reevaluate the credibility of
4  Plaintiff and all lay witnesses; (5) reassess Plaintiff's residual functional capacity
5  (RFC); and (6) with the assistance of a vocational expert, and ensuring the
6  vocational expert is provided a hypothetical that is consistent with the RFC
7  ultimately determined, reassess steps four and five of the sequential evaluation
8  process to address whether Plaintiff is able to return to her past relevant work or to
9  make a vocational adjustment to other work existing in significant numbers in the
10 national economy.  The ALJ may take any other actions necessary to develop the
11 record, and Plaintiff may submit additional evidence and present additional
12 argument.

      2.      **Judgment shall be entered for PLAINTIFF**.

      3.      Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

      4.      An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 14, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2